AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

JUN 19 2020

JAMES W. McCORMACK, CLERK

By:_____, CLERK

DEP CLERK

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| MATTHEW CRAIN | ) |
| | ) Case No.  4:15CR00056-02 BRW |
| | ) USM No. 29023-009 |
| | ) _Danny Glover_ |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)   __Mandatory and Standard__   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Commission of another federal, state or local crime. | 12/12/2019 |
| Mandatory | Unlawful possession of a controlled substance. | 06/13/2019 |
| Standard (7) | Failure to refrain from excessive use of alcohol and not purchase possess, use, distribute, or administer any controlled | |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  __4501__

Defendant's Year of Birth:    __1981__

City and State of Defendant's Residence:

_____

_____06/18/2020_____
Date of Imposition of Judgment

_Billy R Wilson_
Signature of Judge

BILLY ROY WILSON, U.S. District Judge
Name and Title of Judge

__6-19-20__
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page   2   of   3

DEFENDANT:  MATTHEW CRAIN
CASE NUMBER:  4:15CR00056-02 BRW

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 06/20/2019 |
| Standard (1) | The defendant not leave the judicial district without the permission of the Court or the probation officer. | 12/19/2019 |
| Standard (2) | Failure to report to the probation officer in a manner and frequency directed by the Court or the probation officer. | 12/02/2019 |
| Standard (6) | Failure to notify probation officer ten days prior to any change in residence or employment. | 12/06/2019 |

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page   3   of   3  

DEFENDANT: MATTHEW CRAIN
CASE NUMBER: 4:15CR00056-02 BRW

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

TIME SERVED with no term of Supervised Release to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL